365

## SLOAN & AL. vs. ADAMS.

APPEAL from the court of the fourth district.

MARTIN, J., delivered the opinion of the court. Fraud is the principal point at issue in this case. It was tried twice: in the last the jury found for the defendant. The plaintiff made an unsuccessful attempt to obtain a new trial, and appealed.

On a question of fraud, if the jury find for the defendant, and the court cannot agree with them, the cause will be remanded.

As we are unable to adopt the conclusion of the jury, we think it our duty to support the application for a new trial.

It is therefore ordered, adjudged and decreed, that the judgment of the district court be annulled, avoided and reversed, the verdict set aside, and the case remanded for a new trial; the defendants and appellees paying costs in this court.

*Porter* for the plaintiff, *Morse* for the defendant.